**FILED**

AUG – 9 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | No. 4:23CR 195 |
| | § | Judge Jordan |
| ALFONSO MELENDEZ BALLESTEROS | § | |
| a.k.a. Poncho | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 963 (Conspiracy to Manufacture and Distribute Cocaine Intending, Knowing, and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States)

That sometime in or about 2008, and continuously thereafter up to and including the date of this Indictment, in Colombia, Ecuador, Panama, Costa Rica, Guatemala, Mexico, and elsewhere, **ALFONSO MELENDEZ BALLESTEROS**, a.k.a. **Poncho**, defendant, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally manufacture and distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 959(a) and 960.

In violation of 21 U.S.C. § 963.

Indictment/Notice of Penalty
Page 1

## Count Two

> Violation: 21 U.S.C. § 959 (Manufacturing and Distributing Five Kilograms or More of Cocaine Intending, Knowing and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States)

That sometime in or about 2008, and continuously thereafter up to and including the date of this Indictment, in Colombia, Ecuador, Panama, Costa Rica, Guatemala, Mexico, and elsewhere, **ALFONSO MELENDEZ BALLESTEROS**, a.k.a. **Poncho**, defendant, did knowingly and intentionally manufacture and distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, intending, knowing, and having reasonable cause to believe that such cocaine would be unlawfully imported into the United States.

In violation of 21 U.S.C. § 959.

## Count Three

> Violation: 46 U.S.C. § 70503(a)(1) and 46 U.S.C. § 70506(b) (Conspiracy to Possess with the Intent to Distribute a Controlled Substance Onboard a Vessel Subject to the Jurisdiction of the United States)

That sometime in or about 2008, and continuously thereafter up to and including the date of this Indictment, within the jurisdiction of this Court, **ALFONSO MELENDEZ BALLESTEROS**, a.k.a. **Poncho**, defendant, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury to commit an offense defended in Title 46, United States Code, Section 70503, that

is: to possess with the intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine onboard a vessel subject to the jurisdiction of the United States, as defined in Title 46, United States Code, Section 70502(c)(1)(A).

In violation of 46 U.S.C. § 70503(a)(1) and 46 U.S.C. § 70506(b).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

From his engagement in the violation alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 970, incorporating the provisions of 21 U.S.C. §§ 853(a)(1) and (2), all of his interest in:

a. Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and

b. Property used and intended to be used in any manner or part to commit or to facilitate the commission of such violation.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third person;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty.

The United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____
HEATHER RATTAN
Assistant United States Attorney

_____8/9/2023_____
Date

Indictment/Notice of Penalty
Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | No. 4:23CR 195 |
| | § | Judge Jordan |
| ALFONSO MELENDEZ BALLESTEROS | § | |
| a.k.a. Poncho | § | |

**NOTICE OF PENALTY**

**Count One**

Violation:     21 U.S.C. § 963

Penalty:     Imprisonment for not less than ten (10) years or more than life, a fine not to
exceed $10,000,000.00 or both.  A term of supervised release of at least five
(5) years.

Special Assessment: $100.00

**Count Two**

Violation:     21 U.S.C. § 959

Penalty:     Imprisonment for not less than ten (10) years or more than life, a fine not to
exceed $10,000,000.00 or both.  A term of supervised release of at least five
(5) years.

Special Assessment: $100.00

**Count Three**

Violation:     46 U.S.C. § 70503(a)(1) and 46 U.S.C. § 70506(b)

Penalty:     Imprisonment for not less than ten (10) years or more than life, a fine not to
exceed $10,000,000.00 or both.  A term of supervised release of at least five
(5) years.

Special Assessment: $100.00

Indictment/Notice of Penalty
Page 5